IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dr. Carlinda Purcell,     :
     Appellant  :
            :
    v.       :  No. 1164 C.D. 2016
            :
Reading School District    :

# **O R D E R**

NOW, September 7, 2017, having considered appellee's application for reconsideration/reargument and appellant's answer in response thereto, the application is denied.

           _____
           MARY HANNAH LEAVITT,
           President Judge